JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICEDA REYES,<br><br>          Plaintiff,<br><br>     v.<br><br>I.Q. DATA INTERNATIONAL, INC., TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendant. | Case No. CV 20-4535-GW-MAAx<br><br>Hon. George H. Wu<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: May 20, 2020 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Briceda Reyes's claims asserted against Defendant Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: December 3, 2020

_____
Honorable George H. Wu
United States District Judge